UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.

**Kris Roglieri,**

            Defendant

---

Case No.: 1:24-cr-392 (MAD)

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Sep 30 - 2024
John M. Domurad, Clerk

# WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby states that (1) the Defendant has received a copy of the above-numbered Indictment, Superseding Indictment, or Information; (2) the Defendant understands the right to appear in person at the Arraignment and hereby waives that right; and (3) the defendant pleads not guilty to all charges in this case.

DATED: 9/20/24

DATED: 9/20/24

_____
Defendant

_____
Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of appearance at Arraignment is **APPROVED;** (2) the Defendant is arraigned and the plea of not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: September 30, 2024
Albany, New York

_____
Christian F. Hummel
U.S. Magistrate Judge