

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*   Tel.: (518) 431-0247
*James T. Foley U.S. Courthouse*   Fax: (518) 431-0249
*Albany, New York 12207-2924*

October 25, 2024

**By ECF**

Hon. Christian F. Hummel
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    RE:    <u>United States v. Kris Roglieri</u>, No. 1:24-CR-392 (MAD)

Dear Judge Hummel:

    We write to respectfully request that the government's deadline for opposing the defendant's second motion to reopen his detention hearing (Dkt. # 48) be set for November 1, 2024.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

    CARLA B. FREEDMAN
    United States Attorney

By:    _____
    Joshua R. Rosenthal
    Michael Barnett
    Assistant United States Attorneys
    Bar Roll Nos. 700730 & 519140

cc:    Counsel of record (by ECF)