# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



| Syracuse Office | Albany Office |
|---|---|
| 4 Clinton Square | 54 State Street |
| 3RD FLOOR | STE 310 |
| SYRACUSE, NY 13202 | ALBANY, NY 12207 |
| (315) 701-0080 | (518) 436-1850 |
| (315) 701-0081 FAX | FAX (518) 436-1780 |
| | |
| Lisa Peebles | Paul Evangelista |
| Federal Public Defender | First Assistant |

November 4, 2024

Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      re:    United States v. Kris Roglieri
               Case No. 1:24-cr-392 (MAD)

Dear Judge Hummel:

      I request the opportunity to file a brief reply to the government's response to Mr. Roglieri's request to reopen the detention hearing. *See* Dkt#48. I can have the reply filed by tomorrow, November 5, 2024. I have corresponded with AUSA Joshua Rosenthal who represents the government in this matter and he has no objection to this request.

      Thank you for your consideration in this matter.

                                          Sincerely,

                                          Matthew E. Trainor
                                          Assistant Federal Public Defender, Albany Office
                                          Bar Roll # 105643
                                          matthew_trainor@fd.org

cc:    AUSA Joshua Rosenthal – via ECF
         AUSA Michael Barnett – via ECF