Dear Honorable Judge Hummel,

I appreciate you taking the time to read my statement in response to my request for another detention hearing. Although my defense counsel has been doing there best efforts in representing me I felt it was important to have my voice heard for your consideration.

Im writing this court as a human being, as I feel the one thing we all can agree on is that no human is perfect. For example, I am embarassed and ashamed of the text messages that where produced to the court. Wich I will remind you where the result of venting due to fustrations and stress I was experiencing at that time.

In the government's recent response they stated; I cannot be trusted to control myself. Your honor, I believe in the rule of law and our justice system. So I ask.... does not the last 44 years of my life with no criminal record, no acts of violence reflect the true nature of who I am and my character?

I would say thats one of the most important factors in determining if it's safe in my return to the community. I would like to remind the court that the individuals mentioned in the text correspondence that the goverment produced I have met on multiple occasions and have fully cooperated with there demands and was cordial while doing so, before and after those messages where exchanged.

I'm a loving father, hardworker and person who gives back to his community as opposed to a person who presents a danger to his community as the goverment is portraying.

In conclusion I humbly ask you to these points into Consideration as you make a descision on my counsels request. My hope is to be released from detention and comply with whatever restrictions you may impose. So that I can get back to being a father to my children, be with my mother in the last days of her life and handle my affairs.

Lastly due to the complex nature and dynamics of my case, I would like a fair chance at aiding and assisting my defense counsel as currently being detained makes this nearly impossible due to the restrictions of being incarcerated.

I would like to thank you your Honor for taking your time to read this.

(Respectively.

*Kris D. Roglieri*