# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

    -against-

                                  Indictment No. 1:24-CR-392 (MAD)

**KRIS ROGLIERI,**

    **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Kris Roglieri, hereby appeals to the United States District Court for the Northern District of New York from the Detention Order, Dkt#58, by United States Magistrate Judge Christian F. Hummel entered on November 26, 2024.

DATED: December 6, 2024

                                                  Lisa Peebles
                                                  Federal Public Defender

                                             By _____
                                                 Matthew E. Trainor, Esq.
                                                 Assistant Federal Public Defender
                                                 Bar # 105643
                                                 54 State Street, STE 310
                                                 Albany, New York 12207
                                                 Tel: (518) 436-1850
                                                 Fax: (518) 436-1780
                                                 matthew_trainor@fd.org

## Certificate of Service

I, Matthew E. Trainor, attorney of record for the above-named defendant, hereby certify that on December 6, 2024, I electronically filed the foregoing Notice of Appeal, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Joshua Rosenthal & Michael Barnett, Assistant U.S. Attorneys.

by: *Matthew E Trainor*
Matthew E. Trainor, Esq.
Assistant Federal Public Defender
Bar Roll No. 105643
54 State St, STE 310
Albany, New York 12207
Tel: (518) 436-1850
Fax: (518) 436-1780
matthew_trainor@fd.org