# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

December 20, 2024

Hon. Mae A. D'Agostino, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

    re:    **United States v. Kris Roglieri**
            **Case No. 1:24-cr-392 (MAD)**

Dear Judge D'Agostino:

      I have been in contact with AUSAs Joshua Rosenthal and Michael Barnett who represent the government in the above case. I write to inform the Court that we have a joint request for more time to file our briefs on the Appeal of Magistrate Judge - Pretrial Order due to the intervening holidays. The joint request is for the defense to file our brief on or before December 27, 2024 and the government to file their response on or before January 10, 2025.

      Thank you for your time and consideration in this matter.

                                  Sincerely,

                                  Matthew E. Trainor
                                  Assistant Federal Public Defender, Albany Office
                                  Bar Roll # 105643
                                  matthew_trainor@fd.org

cc:    AUSA Joshua Rosenthal – via ECF
        AUSA Michael Barnett – via ECF