# Exhibit 1

## Attorney Affirmation of Daniel Rubin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KRIS ROGLIERI,
    Defendant.

Criminal Action No. 24-CR-392 (MAD)

**ATTORNEY AFFIRMATION**

STATE OF NEW YORK    }
                                } §§
COUNTY OF ALBANY    }

Daniel Rubin, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice in the State of New York and I am licensed in the Courts of State New York and The United States District Court for the Northern District of New York. I make this affirmation in support of relief sought as set forth in the Notice of Motion.

2. I represented Kris Roglieri and his company Prime Capital Ventures, LLC in civil litigation against Reign Financial International, Inc. *et al* and due to said capacity, I am familiar with the facts and circumstances relevant to that litigation.

3. In September 2023 I was contacted by Jason Athony, Senior Counsel at the U.S. Securities and Exchange Commission who was seeking documentation as well as an interview with Mr. Roglieri regarding Reign Financial.

4. Requested documents were provided and the interview with the SEC took place on December 8, 2023 via Video conference.

5. In December 2023 I was contacted by Daniel Onove, a Special Agent with the New York Office of the FBI who was also seeking documents and an interview with Mr. Roglieri regarding Reign Financial.

6. Requested documents were provided and the interview with the FBI took place on December 21, 2023 via telephone.

7. Both the SEC and the FBI informed me that Mr. Roglieri and Prime Capital Ventures were not the target of their investigation, that Reign Financial was the target and had been "on their radar" for some time.

DATED: December 27, 2024

Daniel S. L. Rubin, Partner

_____

Girvin & Ferlazzo, PC
20 Corporate Woods Boulevard
Albany, NY 12211
Cell: 281-546-9721
Office: 518-462-0300
Facsimile: 518-462-5037
www.girvinlaw.com