# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

January 14, 2025

Hon. Mae A. D'Agostino, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

   re:  **United States v. Kris Roglieri**
       **Case No. 1:24-cr-392 (MAD)**

Dear Judge D'Agostino:

  After reviewing the government's response to our appeal, Mr. Roglieri would like an opportunity file a reply. It can be filed by Friday, January 17, 2025. I have corresponded with AUSA Joshua Rosenthal and he has no objection this request.

  Thank you for your time and consideration in this matter.

               Sincerely,

               Matthew E. Trainor
               Assistant Federal Public Defender, Albany Office
               Bar Roll # 105643
               matthew_trainor@fd.org

cc:  AUSA Joshua Rosenthal – via ECF
    AUSA Michael Barnett – via ECF