UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.

                                                      Case No. : 1:24-CR-392 (MAD)

**Kris Roglieri**

                **Defendant**

## WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby states that (1) the Defendant has received a copy of the above-numbered Indictment, Superseding Indictment, or Information; (2) the Defendant understands the right to appear in person at the Arraignment and hereby waives that right; and (3) the defendant pleads not guilty to all charges in this case.

DATED: 6/16/25
                                                        Defendant

DATED: 6-16-25
                                                        Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of appearance at Arraignment is **APPROVED;** (2) the Defendant is arraigned and the plea of not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: _____
       Albany, New York
                                                        Daniel J. Stewart
                                                        UNITED STATES MAGISTRATE JUDGE