

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 22, 2026

**By ECF**

Hon. Mae A. D'Agostino
U.S. District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    RE:    <u>United States v. Kris Roglieri</u>, No. 1:24-CR-392 (MAD)

Dear Judge D'Agostino:

    I write to respectfully request a short adjournment for the sentencing hearing and deadline for sentencing memoranda in this proceeding. I understand that the Court is available on April 3, 2026 at 11:30 a.m. and respectfully request that date as well as a sentencing memoranda due date of March 13, 2026. The defense does not oppose this request.

    I thank the Court for its attention to this matter.

                              Respectfully submitted,

                              TODD BLANCHE
                              Deputy Attorney General

                              JOHN A. SARCONE III
                              Acting United States Attorney

By:    _____
                              Joshua R. Rosenthal
                              Assistant United States Attorney
                              Bar Roll Nos. 700730

cc:    Counsel of record (by ECF)
       U.S.P.O. Steven Sheffer (by Email)