

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   Tel.: (315) 448-0672
*James M. Hanley Federal Building*           Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

March 9, 2026

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 407
Albany, NY 12207

    Re:    *United States v. Kris Roglieri*
            **Criminal No: 1:24-CR-392 (MAD)**

Dear Judge D'Agostino:

    Attached is a proposed Amended Preliminary Order of Forfeiture[1] concerning property and a forfeiture money judgment in the amount of $55,484,674.84 to be forfeited from the named defendant, Kris Roglieri, in the above-referenced case.

    The Order applies the process set forth in both Fed. R. Crim. P. 32.2 and the applicable forfeiture statutes, in this instance, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). I am also providing defense counsel with a copy of the proposed Order. I respectfully request that Your Honor sign this Order on or after ten days following the date of this letter, to provide defense counsel ample advance notice of the form and content of this proposed Order.

    Once the ten days from the above date has elapsed, I respectfully request that you execute this Amended Preliminary Order of Forfeiture and, once executed, cause the Order to be filed.

                                   Respectfully submitted,

                                   TODD BLANCHE
                                   Deputy Attorney General

                                   JOHN A. SARCONE III
                                   First Assistant United States Attorney

               By:     */s/Jeffrey D. Brown*
                         Jeffrey D. Brown
                         Assistant United States Attorney
                         Bar Roll No. 707241

JDB/mm
Attachment
cc: Jeremy B. Sporn, Esq., via ECF

---

[1] The amended order is submitted to reflect the money judgment amount that was agreed to by the parties in the plea agreement.