# Exhibit A

| | |
|---|---|
| **From:** | <kris@primecommerciallending.com> |
| **Sent:** | Mon 10/9/2023 4:12:12 PM (UTC) |
| **To:** | "█████████████████████████> |
| **Cc:** | "█████████████████████"█████████████████████ "████████████████m> |
| **Subject:** | RE: Demand letter |

Good morning ████,

Sorry for the delay. First off we have been nothing but accommodating throughout this journey with Brandless which I m sure ████ can attest to. All though we have had challenges based on circumstances out of our control we have done our best to accommodate and work through these challenges. Although I understand your frustration we are doing our best to facilitate and speed up the ICA return process. This is obviously not the way we wanted  this relationship to go as we wanted to fund this transaction and be a long term partner to Brandless. We are still willing to help with options regarding the bond process and are continuing to do so.

For clarification the matter with Reign in which we are the plaintiff has nothing to do with your ICA and Reign is not the hedge fund which we have a relationship with.

The ICA will ultimately be returned by the date indicated in the termination clause in our agreement however we are doing our best to facilitate the return sooner then the date indicated in the agreement. We will continue to keep you updated as this is our upmost priority given the relationship.

Regards,

Kris D. Roglieri
Prime Commercial Lending
www.PrimeCommercialLending.com
66 South Pearl Street 10th floor
Albany, NY 12207
Office: 866-708-4755
Fax: 518-677-1071

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** ████████████████████████>
**Sent:** Sunday, October 8, 2023 5:09 PM

**To:** kris@primecommerciallending.com
**Cc:** █████████████████████████████████
███████████

**Subject:** Re: Demand letter

Kris,
We are looking forward to your clear response, over the weekend, as promised.
Many thanks, in advance.

████████

Sent from my iPhone

> On Oct 6, 2023, at 17:33, kris@primecommerciallending.com wrote:
>
> Hello J████, my apologies, but I just got back from a 10 day trip overseas in prior to that I was at a conference that we own and run for a week in Las Vegas. I will respond to this email over the weekend and wanted to let you know that I wasn't ignoring you at all.
>
> Kris
>
> Sent from my iPhone
>
>> On Oct 6, 2023, at 12:48 PM, ████████████████████ > wrote:
>>
>> Dear Kris,
>>
>> I was disappointed not to receive any response from you related to my letter dated October 3rd or to the numerous calls and messages left by myself and ████████████.
>>
>> In the meantime, it has come to our attention after doing standard legal searches that PRIME finds itself in litigation with a Hedge Fund named REIGN for $20 mm. The coincidence on both timing and the deposit amount of $20 mm with REIGN and the timing of our request for return of these funds, has raised serious red flags.
>>
>> We require a written statement from you within 24 hours that outlines categorically that none of the Brandless ICA is caught up in this lawsuit with REIGN, the Hedge Fund with which you might have created a JV (and that is in process of refunding the ICA) is not REIGN and, finally, a definitive date on which our funds will be returned.
>>
>> Failure to do so will result in Onward Holding and/or Onward Partners initiating civil and criminal litigation (along with investigations by the Utah

Attorney General Reyes, who is closely monitoring this situation) so that we can recover these funds and other damages immediately.

I am sorry to have to write to you this way, but this news coupled with your lack of response to a simple question has led us to this point.

We will anticipate your response within 24 hours.

Sincerely,

███████

> On Oct 3, 2023, at 10:57 PM, ████████ ████████ > wrote:
>
> Mr. Roglieri-
>
> We have not had the pleasure of meeting, although we have placed $20 m, which was to be held in "escrow" for the better part of a year, as we worked to secure a loan for our portfolio company. We have recently learned that funds have left that "escrow" account presumably for your personal or your firm's benefit, creating great concern and damage to trust my colleagues had built with you.
>
> Our team has requested our dollars to be returned on numerous occasions, without delay, yet we have received no definitive dates or answers.
>
> We are out of patience and these discoveries have now put the validity of your firm in question; as if one full year of promised and then deferred closing was not concern enough.
>
> I need to know only one thing, the exact date these funds will be returned. Please spare me any details, excuses or defenses, as to do so, will only further escalate an already very difficult situation.
>
> The timeliness, tone, personal humility and the way you respond—and ultimately wire funds—will determine my firm's subsequent actions. The Attorney General of the State of Utah is standing by and I assure you that it is in your firm's interest, as well as your own, to return my dollars without further delay.

Please do not make the mistake of interpreting this in any other way than simply as a demand letter to collect a debt of my own firm's funds with the knowledge that any delay will result in  significant escalations. Additionally, failure to respond or wire will also result in these escalations.

Please also do not make this a matter of contention, that requires anything but a specific date and a subsequent wire from you/your firm. To complete the wire will conclude our business. This communication is simply an attempt to recover my own dollars by having them returned immediately as any reputable firm would.

Once again, kindly, answer one question—the date and time the wire will be sent.

Once funds are wired in full this week, our business together will be finished.

Sincerely,

█████████