## Vick, Jonathon Joseph (AL) (FBI)

**From:**        Rosenthal, Joshua (USANYN) <Joshua.Rosenthal@usdoj.gov>
**Sent:**        Tuesday, January 7, 2025 4:07 PM
**To:**          Vick, Jonathon Joseph (AL) (FBI); Barnett, Michael (USANYN)
**Subject:**     [EXTERNAL EMAIL] - FW: Martin Karo, Esquire
**Attachments:** Amended Complaint - Complete.pdf; 6.24.2024 CompassPrime Memorandum
                 Opinion.pdf; 1.6.2024 Twenty Second Street Answer - EFiling_919662.pdf; 8.28.2024 5th
                 Status Report.pdf



Joshua R. Rosenthal | Assistant United States Attorney

---

**From:** Todd Savarese <Todd@savareselaw.com>
**Sent:** Tuesday, January 7, 2025 3:14 PM
**To:** Rosenthal, Joshua (USANYN) <JRosenthal@usa.doj.gov>
**Subject:** [EXTERNAL] Martin Karo, Esquire

Dear U.S. Attorney Rosenthal,

Thank you for your time on the phone. The attached Answer filed yesterday in the Bucks County Court of Common Pleas summarizes some of the matters and circumstances discussed.

Martin Karo is identified in various court filings as having received wires related to transactions involving Kris Roglieri (Prime Capital) totaling between $12m - $17m to his IOLTA Account(s). *See* ¶41.

Karo is identified as the transferee of these same funds in the attached Memorandum Decision entered in Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC et al., U.S.D.C. for New York (Northern District), Civil Action No. 1:24-CV-55. *See* Pages 6-8.

The Receiver refers to the money wired by the Berone Defendants (Jeremiah Beguesse & Fabian Stone) to Karo in his Fifth Report. *See* Page 6. As noted by the Receiver in his Status Report, BST & Co., CPAs, LLC conducted "a forensic accounting analysis of Prime's and Berone's bank accounts." *See* Page 4. Unfortunately, the Receiver's efforts to engage in further discovery have been stayed by the Court.

In my client's case, Attorney Karo, acting in concert with his co-defendants/co-debtors, Nicholas Del Franco, Thomas Del Franco and Lesa Horton, abused the privilege of holding a law license to perpetrate a fraud upon my client, Twenty Second Street, LLC and its principal, Galen Manternach under circumstances like the Ponzi scheme that is the subject of the criminal charges against Mr. Roglieri. If the United States Attorney's Office is interested in interviewing my client, please let me know and I will gladly arrange that interview.

Thank you.

Sincerely,

1

USAO_ROGLIERI-00331653

*J. Todd Savarese*

J. Todd Savarese, Esquire
Savarese Law Office
80 N. 2nd Street Pike
Churchville, PA 18966

(215) 322-7848 – Telephone
(215) 322-3675 – Facsimile
(215) 806-5506 - Cell
todd@savareselaw.com - Email

THIS EMAIL IS FROM A LICENSED PENNSYLVANIA ATTORNEY. AS REQUIRED BY RULE 4.4(b) OF THE PENNSYLVANIA RULES OF PROFESSIONAL CONDUCT, IF YOU ARE NOT THE INTENDED RECIPIENT PLEASE NOTIFY THE SENDER AND DELETE THE EMAIL AND ANY ATTACHMENTS. THE EMAIL AND ATTACHMENTS MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION.

USAO_ROGLIERI-00331654

Case# 2021-06472-49 - JUDGE:29 Received at County of Bucks Prothonotary on 01/06/2025 9:44 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: J. TODD B. SAVARESE, ESQ.

J. Todd Savarese, Esquire                            Attorney for Plaintiff
Attorney I.D. No. 60585
80 North Second Street Pike
Churchville, PA 18966
(215) 322-7848 – Telephone
(215) 322-3675 – Facsimile
Todd@Savareselaw.com – Email

---

TWENTY SECOND STREET, LLC            :      COURT OF COMMON PLEAS OF
                                     :      BUCKS COUNTY, PA
              vs.                    :
                                     :
MARTIN KARO                          :      No.  2021-06472
                                     :

---

### ANSWER TO RULE TO SHOW CAUSE DATED DECEMBER 9, 2024

**NOW COMES** Respondent, Twenty Second Street, LLC, through its undersigned counsel and files this Answer in response to the Court's December 9, 2024 Rule to Show Cause in opposition to Defendant Martin Karo's Motion for Protective Order.

1.      Respondent is the Plaintiff seeking enforcement of a $3,001,250 ("$3m Judgment") judgment entered against the Movant/Defendant, Martin Karo ("Attorney Karo"), a licensed Pennsylvania attorney who is acting *pro se* before this Honorable Court.

2.      The $3m Judgment is a foreign judgment originated in the State of Oregon against Attorney Karo and his co-conspirators, including his current or former business partners, Lesa Horton, Nicholas Del Franco and Thomas Del Franco. In entering the $3m Judgment, the Oregon Court held:

> At the conclusion of arguments, the Court made some findings and decisions from the bench and directed that judgment be entered in plaintiff's favor. Included in the Court's findings were various credibility determinations, The Court found Galen Manternach who testified as principal owner of plaintiff to be particularly credible in all respects. In contrast, the Court found that defendant Lesa Horton was not credible. The Court also found that Nicholas Del Franco, Thomas Del Franco, Martin Karo and Lesa Horton were all involved with various entities including defendant Big Boots LLC, and that Martin Karo and Lesa Horton were involved in another entity named Qualis Labs, LLC, among other entities. The Court finds that

USAO_ROGLIERI-00331573

those entities should be disregarded such that the judgments entered herein (to the extent not already entered per previous limited judgments) in favor of plaintiff and against Big Boots LLC should thus also be entered against the named individuals who were involved with such disregarded entities.

The Court also specifically found that defendant Martin Karo released funds from his law practice's IOLTA trust account on February 27, 2019 while acting as a claimed "neutral escrow" without appropriate authorization and contrary to the explicit directions of plaintiff and thereafter falsely advised Plaintiff that the funds were still in trust and would not be released even though he had disbursed such funds to undetermined recipients. The court described such conduct of Martin Karo as nothing less than appalling. The Court also found that defendant Martin Karo was intimately and actively involved in concert as participant, agent, officer, and counsel with defendants Big Boots LLC, along with Thomas Del Franco, Nicholas Del Franco, and Lesa Horton in the conduct that gave rise to the liabilities created by the judgments hereinafter set forth.

Oregon Judgment, at Pages 1-2 (docketed on 12/10/2021).

3.     Respondent engaged the undersigned counsel to enforce the $3m Judgment in Pennsylvania and engaged attorneys in Florida, Texas and California to enforce the judgment against the other judgment debtors. Despite these efforts, Respondent has only collected $18.72, the proceeds of a garnishment action against Attorney Karo's Bank of America checking account.

4.     Respondent believes, and therefore avers, Attorney Karo and his co-defendants have been and continue to be engaged in various "Ponzi Schemes" throughout the United States and abroad.[1]

5.     Upon information and belief, Attorney Karo uses several IOLTA Accounts and numerous limited liability companies to facilitate and conceal his ill-gotten gains.

---

[1] The following cases involving fraud, deceit, misrepresentations, conversion and/or unscrupulous business practices have been filed against Martin Karo, Thomas Del Franco and/or Nicholas Del Franco: (i) Emmet v. Karo & Del Franco, United States District Court, E.D. Michigan, Southern Division, Case No. 2:16-cv-11211 (2016); (ii) Old Woodward Housing, LLC v. Karo & Del Franco, United States District Court, E.D. Michigan, Case No. 2:15-cv-13778 (2015); (iii) Thomason Auto Group, LLC v. Karo and Thomas Del Franco, United States District Court, District of New Jersey, Case No. 2:08-cv-04143 (2008); and (iv) Prime Capital Ventures, LLC v. Karo, et al., United States District Court, Northern District of New York, Case No. 1:23-cv-00207.

Case# 2021-06472-49 - JUDGE:29 Received at County of Bucks Prothonotary on 01/06/2025 9:44 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: J. TODD B. SAVARESE, ESQ.

Case# 2021-06472-49 - JUDGE:29 Received at County of Bucks Prothonotary on 01/06/2025 9:44 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: J. TODD B. SAVARESE, ESQ.

6.      On July 16, 2024, Respondent served a document request upon Attorney Karo requesting of his federal, state and local income tax returns, including all associated statements, schedules. Respondent also requested operating agreements, partnership agreements, shareholder agreements and the like for each business entities in which he was interested from 2019 through 2023, inclusive.[2]

7.      On August 30, 2024, Respondent filed a Motion to Compel Attorney Karo's verified discovery responses.

8.      On September 30, 2024, this Honorable Court entered in Order compelling Attorney Karo to produce full, complete and verified discovery responses within twenty (20) days, or file a Motion for Hearing within ten (10) days.

9.      The Court's September 30, 2024 Order was served upon Attorney Karo on October 1, 2024.

10.     Attorney Karo did not file a Motion for Hearing within the aforesaid ten-day period.

11.     Instead, Attorney Karo file the Motion for Protective Order at bar on November 6, 2024, twenty-six days after the time to request a hearing had expired.

12.     Attorney Karo waived his right to shield the subject tax returns and related information from unconditional disclosure by producing his 2015 through 2018 year tax returns without objection and by failing to request a hearing in response to the Court's September 30, 2024 Order.

---

[2] Attorney Karo previously produced his federal tax reporting statements for 2015 through 2018 and did so without moving for a protective order. Attorney Karo and his spouse, Fran Karo, reported taxable income in 2015 of $11,662 and zero taxable income on the remaining tax returns. Mr. and Mrs. Karo own two homes, one in Yardley and the other in Saint Augustine, Florida. By a Warranty Deed dated September 21, 2021, Attorney Karo conveyed his ownership interest in a Florida condominium located at 6021 Silver King Blvd., Cape Coral, Florida for Seven Hundred Thousand Dollars ($700,000). The couple's daughter attended Georgetown University and their son matriculated from Hamilton College.

USAO_ROGLIERI-00331575

13.     Respondent believes, and therefore avers, the information contained in the requested tax returns and other documents will aid in the recovery of the $3m Judgment either by continued judicial enforcement proceedings in this Commonwealth and/or administrative proceedings, including, but not limited to a potential referral of Attorney Karo and his co-defendants to the Internal Revenue Service pursuant to 26 U.S.C.A. §7623 and regulations prescribed by the Secretary of the Treasury.

WHEREFORE, Respondent/Plaintiff respectfully requests the Court deny the defendant's Motion for Protective Order and the Movant, Martin Karo, Esquire to comply with this Court's September 30, 2024 Order or suffer sanctions as may be appropriate upon further application by Respondent, Twenty Second Street, LLC.

RESPECTFULLY SUBMITTED,

*Original signature retained by filing party*

_____

J. Todd Savarese, Esquire

Dated: January 6, 2025

USAO_ROGLIERI-00331576

Case# 2021-06472-49 - JUDGE:29 Received at County of Bucks Prothonotary on 01/06/2025 9:44 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: J. TODD B. SAVARESE, ESQ.

## **VERIFICATION**

I, J. Todd Savarese, verify I am the attorney for the Respondent in the within proceeding and I am authorized to take this Verification on my client's behalf. I further verify the factual statements made in this Answer to Rule to Show Cause are true and correct to the best of my knowledge, information and belief. I understand false statements herein made subject me to the penalties of 18 PA. C.S. §4904 relating to unsworn falsification to authorities.

*Original signature retained by filing party*

_____

J. Todd Savarese, Esquire

Dated: <u>January 6, 2025</u>

USAO_ROGLIERI-00331577

Case# 2021-06472-49 - JUDGE:29 Received at County of Bucks Prothonotary on 01/06/2025 9:44 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: J. TODD B. SAVARESE, ESQ.

J. Todd Savarese, Esquire
Attorney I.D. No. 60585
80 North Second Street Pike
Churchville, PA 18966
(215) 322-7848 – Telephone
(215) 322-3675 – Facsimile
Todd@Savareselaw.com – Email

Attorney for Plaintiff

| | |
|---|---|
| TWENTY SECOND STREET, LLC | COURT OF COMMON PLEAS OF BUCKS COUNTY, PA |
| vs. | |
| MARTIN KARO | No.  2021-06472 |

CERTIFICATE OF SERVICE

I, J. Todd Savarese, certify the foregoing Answer to Rule to Show Cause was served this 6th day of January 2025 upon the defendant, Martin Karo, by email and first class mail, postage pre-paid, addressed as follows:

Martin Karo
205 Garber Drive
Yardley, PA 19067-7342

Email: martin.karo@verizon.net

*Original signature retained by filing party*

J. Todd Savarese, Esquire

USAO_ROGLIERI-00331578