**From:**    kris@primecommerciallending.com
**Sent:**    Fri, 15 Dec 2023 08:13:39 -0500
**Subject:**  Fwd: Statements
**To:**     Kimmy Humphrey <kimmy@primecommerciallending.com>

AO386-B
**DEFENDANT'S EXHIBIT**

CASE NO. 1:24-cr-392-MAD

EXHIBIT NO. 52

Sent from my iPhone

Begin forwarded message:

> **From:** kris@primecommerciallending.com
> **Date:** December 15, 2023 at 8:12:56 AM EST
> **To:** Jeremiah Beguesse <jeremiah@beronecapital.com>
> **Cc:** Fabian Stone <stone@beronecapital.com>
> **Subject: Re: Statements**

Good morning
I'm confused in your message below. Please explain what you mean by inaccurate statements? We haven't given any statements to anybody including the sec. In fact, we were going to ask you for the copies of statements from when we first deposited the money with you to date. We don't have the most up-to-date statements, so can you kindly provide our statements to us from the time we deposited the money into your account?

Kris D Roglieri

Sent from my iPhone

> On Dec 15, 2023, at 8:02 AM, Jeremiah Beguesse <jeremiah@beronecapital.com> wrote:

Kris,

Just a quick end of year update. We have liquidated all equity positions in the Fund and returned the balance generated. Outstanding items are the remaining private equity positions.

Also, as per our last discussion concerning the statements, our lawyers recently spoke with the SEC attorneys investigating Reign. The SEC lawyers expressed their belief that 21 million dollars is missing. While our lawyers are not aware whether the inaccurate client statements have been produced in Prime's litigation with Reign, I have been instructed to withdraw those monthly statements provided to you at your request.

Thank you for your attention to this matter.

USAO_ROGLIERI-00023477



**Jeremiah Beguesse**
**Founder | Chief Investment Officer**

**Office : (678) 619-1982**
**Direct : (678) 206-5280**
**Email  :** jeremiah@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

USAO_ROGLIERI-00023478

Outlook Emails

| | |
|---|---|
| Submitted Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 12/15/2023 8:02:06.000 AM |
| Delivered Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 12/15/2023 8:02:10.000 AM |
| Body | Kris,<br><br>Just a quick end of year update. We have liquidated all equity positions in the Fund and returned the balance generated. Outstanding items are the remaining private equity positions.<br><br>Also, as per our last discussion concerning the statements, our lawyers recently spoke with the SEC attorneys investigating Reign. The SEC lawyers expressed their belief that 21 million dollars is missing. While our lawyers are not aware whether the inaccurate client statements have been produced in Prime's litigation with Reign, I have been instructed to withdraw those monthly statements provided to you at your request.<br><br>Thank you for your attention to this matter.<br><br> Description automatically generated" tabindex="0" style="border:none;max-width:100%;width:93.984375px !important;height:93.984375px !important;"><br><br>**Jeremiah Beguesse**<br>Founder \| Chief Investment Officer<br><br>**Office : (678) 619-1982**<br>**Direct : (678) 206-5280**<br>**Email : jeremiah@beronecapital.com**<br><br>Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.<br><br>This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.<br><br>This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof. |
| Folder Name | kris@primecommerciallending.com(2).ost -> Inbox |
| CC | Fabian Stone |