From: +15188529933 Kris
To: +15187748779 Me (owner)

Big developments today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15187748779 Me | | 1/21/2024 8:42:43 PM(UTC+0) | |

**Status:** Read

1/21/2024 8:39:20 PM(UTC+0)

Source Info:
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x55DAF83 (Table: message, handle; Size: 121409536 bytes)
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xE6FAA (Table: message; Size: 1128912 bytes)

From: +15188529933 Kris
To: +15187748779 Me (owner)

In my favor

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15187748779 Me | | 1/21/2024 8:42:43 PM(UTC+0) | |

**Status:** Read

1/21/2024 8:39:24 PM(UTC+0)

Source Info:
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x55DAA6A (Table: message, handle; Size: 121409536 bytes)
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xE6FAA (Table: message; Size: 1128912 bytes)

From: +15187748779 Me (owner)
To: +15188529933 Kris

What is in your favor

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 Kris | 1/21/2024 8:48:32 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:48:32 PM(UTC+0)

Source Info:
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x55DCF8D (Table: message, handle; Size: 121409536 bytes)
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xE6FAA (Table: message; Size: 1128912 bytes)

USAO_ROGLIERI-00055606

2050

From: +15188529933 Kris
To: +15187748779 Me (owner)

Like we found out the hedge fund who initially didn't go after but sued the broker dealer who brought us to the hedge fund were actually in cahoots which changes everything in terms of us getting fucked

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15187748779 Me | | 1/21/2024 9:40:10 PM(UTC+0) | |

Status: Read

1/21/2024 8:51:19 PM(UTC+0)

Source Info:
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x55DCADE (Table: message, handle; Size: 121409536 bytes)
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0xE6FAA (Table: message; Size: 1128912 bytes)

From: +15188529933 Kris
To: +15187748779 Me (owner)

So it helps in that we got scammed by actual hedge fund

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15187748779 Me | | 1/21/2024 9:40:10 PM(UTC+0) | |

Status: Read

1/21/2024 8:52:11 PM(UTC+0)

Source Info:
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x55DC756 (Table: message, handle; Size: 121409536 bytes)
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0xE6FAA (Table: message; Size: 1128912 bytes)

From: +15187748779 Me (owner)
To: +15188529933 Kris

We just need to know an income for 2023. We have to put something . Doesn't matter. Just need a number

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 Kris | 1/22/2024 6:46:25 PM(UTC+0) | | |

Status: Sent

1/22/2024 6:46:25 PM(UTC+0)

Source Info:
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x55FBD5A (Table: message, handle; Size: 121409536 bytes)
00008110-00114C3822C0401E_files_full.zip/private/var/mobile/Library/SMS/sms.db-wal : 0xE6FAA (Table: message; Size: 1128912 bytes)

USAO_ROGLIERI-00055607

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

When is a good time to chat?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/19/2024 10:23:10 PM(UTC+0) | | |

Status: Sent

1/19/2024 10:23:10 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4162CA8 (Table: message, handle; Size: 117440512 bytes)

From: +12815469721 Daniel S. Rubin
To: +15188529933 _$!<Other>!$_ (owner)

Tomorrow I will be in office, want me to call when I get in

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 _$!<Other>!$_ | | 1/19/2024 11:53:30 PM(UTC+0) | |

Status: Read

1/19/2024 11:31:35 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41636BA (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

Hello Dan. We got huge developments in our case that was just found out on berrone, karo, and reign

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:30:45 PM(UTC+0) | | |

Status: Sent

1/21/2024 8:30:44 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x417642B (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

Can I have my employee Kimmy call you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:31:01 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:31:01 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4177F49 (Table: message, handle; Size: 117440512 bytes)

From: +12815469721 Daniel S. Rubin
To: +15188529933 _$!<Other>!$_ (owner)

Yes of course, Pieter just emailed me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 _$!<Other>!$_ | | 1/21/2024 8:31:18 PM(UTC+0) | |

**Status:** Read

1/21/2024 8:31:18 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4177C98 (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

She actually put it all together based on the supenas we got from the entity that is suing us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:31:30 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:31:30 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4177A29 (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

Simply put it's fuckijg crazy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:31:42 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:31:42 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4177711 (Table: message, handle; Size: 117440512 bytes)

From: +12815469721 Daniel S. Rubin
To: +15188529933 _$!<Other>!$_ (owner)

I was worried about Berone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 _$!<Other>!$_ | | 1/21/2024 8:32:01 PM(UTC+0) | |

**Status:** Read

1/21/2024 8:32:01 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x417746C (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

You were right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:32:07 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:32:07 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4177211 (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

The whole time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:32:10 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:32:10 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4178F49 (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

But its worse then we thought

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:32:25 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:32:25 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4178CD0 (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

Like they were all in on it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:32:30 PM(UTC+0) | | |

**Status:** Sent

1/21/2024 8:32:30 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4178A39 (Table: message, handle; Size: 117440512 bytes)

From: +15188529933 _$!<Other>!$_ (owner)
To: +12815469721 Daniel S. Rubin

All of them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12815469721 Daniel S. Rubin | 1/21/2024 8:32:33 PM(UTC+0) | | |

Status: Sent

1/21/2024 8:32:33 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x41787A6 (Table: message, handle; Size: 117440512 bytes)

From: +12815469721 Daniel S. Rubin
To: +15188529933 _$!<Other>!$_ (owner)

How much money did they get from you, Pieter said you had 52 million with them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 _$!<Other>!$_ | | 1/21/2024 8:32:56 PM(UTC+0) | |

Status: Read

1/21/2024 8:32:56 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4178529 (Table: message, handle; Size: 117440512 bytes)

From: +12815469721 Daniel S. Rubin
To: +15188529933 _$!<Other>!$_ (owner)

Batards

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15188529933 _$!<Other>!$_ | | 1/21/2024 8:33:17 PM(UTC+0) | |

Status: Read

1/21/2024 8:33:13 PM(UTC+0)

Source Info:
fs-partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x417825D (Table: message, handle; Size: 117440512 bytes)