**From:**     Chris Snyder <csnyder@primecommerciallending.com>
**Sent:**     Fri, 22 Dec 2023 05:37:53 -0500
**Subject:**  Re: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement
**To:**       Kimmy Humphrey <kimmy@primecommerciallending.com>



AO386-B
**DEFENDANT'S EXHIBIT**
CASE NO.    1:24-cr-392-MAD
EXHIBIT NO.    49

So all changes are accepted
?


Kind Regards,

**Chris Snyder**

Prime Commercial Lending

www.PrimeCommercialLending.com

66 South Pearl Street 10th floor

Albany, NY 12207


On Fri, Dec 22, 2023 at 5:21 AM Kimmy Humphrey <kimmy@primecommerciallending.com> wrote:

  send both via docusign please.  make sure they have PCL's wire instructions

On Thu, Dec 21, 2023 at 8:33 PM Chris Snyder <csnyder@primecommerciallending.com> wrote:

  how did it go today?
  the DLOC is decent.  only 3 main changes I saw on the first pass was:
  1-changing draw schedule to monthly and no real requirements to get draws other than client requesting
  2-left the 30 biz days on termination but also added a clause that they can terminate at any time and they get the funds back in 30 day, (not biz)
  3-2nd payment of 20M moved from Jan 31 to Feb 28.



---------- Forwarded message ---------
From: **Scott D** <scott@primecommerciallending.com>
Date: Thu, Dec 21, 2023 at 5:33 PM
Subject: Fwd: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement
To: Kimmy Humphrey <kimmy@primecommerciallending.com>
Cc: Kris Roglieri <kris@primecommerciallending.com>, Chris Snyder
    <csnyder@primecommerciallending.com>


Please review red lines. Let me know if acceptable as egg guys want to wear 5 million tomorrow.

USAO_ROGLIERI-00023424

Sent from my iPhone

Begin forwarded message:

**From:** Scott D <scott@primecommerciallending.com>
**Date:** December 21, 2023 at 4:27:02 PM EST
**To:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Subject: Fwd: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement**

Sent from my iPhone

Begin forwarded message:

**From:** Scott Williams <swilliams@alinecapital.com>
**Date:** December 21, 2023 at 4:22:42 PM EST
**To:** Kimmy Humphrey <kimmy@primecommerciallending.com>,
scott@primecommerciallending.com
**Cc:** Sammy Lortz <slortz@alinecapital.com>, JD Lehman <jdlehman@alinecapital.com>
**Subject: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement**

Kimberly and Scott,

Please find attached redline and clean version of both the DLOC and deposit agreement. I have reviewed and believe most of the redlines should be pretty straightforward and acceptable. I wanted to point out two things:

• On the DLOC they changed the interest rate to 7.5% because that is what came across on the deposit agreement. I think Kimberly had used an old deposit agreement that had 7.5%. Our loan commitment has 8%. Not trying to pull a fast one on you all here so please look at that in both documents and confirm what it needs to be.

• They made changes to the draw schedule. The total still adds up and I believe the changes to be immaterial (first draw actually went down), but wanted to bring to your attention. This was done after

USAO_ROGLIERI-00023425

their project manager and accounting team on the construction side went through it one last time.

There are some additions to the deposit agreement. Albeit, immaterial in my opinion just some added attorney language, but I imagine we need to focus on agreeing to that so we can sign it tomorrow. Borrower is ready to wire in the $5mm tomorrow as soon as we can finalize.

If we need to put your counsel in touch with Borrower's counsel, I have copied his signature block below:

**Chad Miesen**, Esq.

Direct: 480-427-2860
chad.miesen@carpenterhazlewood.com
Licensed in AZ, TX, UT

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
www.carpenterhazlewood.com
800.743.9324        F: 800.743.0494
Arizona | Colorado | Texas

Please let me know what next steps are and please reach out with any questions.

Best,

Scott Williams

Managing Partner

**Aline Capital, LLC**

204 Westfield Street, Suite 100

Greenville, SC 29601

USAO_ROGLIERI-00023426

P: 864.729.3990

C: 864.423.5396

F: 864.491.5373

swilliams@alinecapital.com

www.alinecapital.com

All real estate brokerage activities of Aline Capital are conducted under ACIRE, LLC.

--
**Kimberly Humphrey**
Prime Commercial Lending
Executive Vice President
66 South Pearl 10th Floor
Albany, NY 12207

USAO_ROGLIERI-00023427

AO386-B

**DEFENDANT'S EXHIBIT**

CASE NO. 1:24-cr-392-MAD

EXHIBIT NO.    50

**Sent:**      Fri, 22 Dec 2023 07:42:00 -0500
**Subject:**   Re: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement
**From:**      Kimmy Humphrey <kimmy@primecommerciallending.com>
**To:**        Scott Williams <swilliams@alinecapital.com>, Chris Snyder
<csnyder@primecommerciallending.com>
**Cc:**        "scott@primecommerciallending.com" <scott@primecommerciallending.com>, Erik Martin
<erik@primecommerciallending.com>, Sammy Lortz <slortz@alinecapital.com>, JD Lehman
<jdlehman@alinecapital.com>

Scott,
We will get this out now via docusign.  Changes were fine, no issues.

Chris- can you send please?

On Fri, Dec 22, 2023 at 7:26 AM Scott Williams <swilliams@alinecapital.com> wrote:

Good Morning Everyone,
The Borrower is ready to wire the $5mm as soon as we received a signed deposit agreement. Please
let me know if there were any questions about the redlines to the agreement. If we are now targeting
next week for the funds, please let me know.

Thanks,

Scott Williams
864.423.5396

Sent from my iPhone

On Dec 21, 2023, at 4:22 PM, Scott Williams <swilliams@alinecapital.com> wrote:

Kimberly and Scott,

Please find attached redline and clean version of both the DLOC and deposit agreement.
I have reviewed and believe most of the redlines should be pretty straightforward and
acceptable.  I wanted to point out two things:

• On the DLOC they changed the interest rate to 7.5% because that is what came
across on the deposit agreement.  I think Kimberly had used an old deposit
agreement that had 7.5%.  Our loan commitment has 8%.  Not trying to pull a fast
one on you all here so please look at that in both documents and confirm what it
needs to be.

USAO_ROGLIERI-00023421

- They made changes to the draw schedule.  The total still adds up and I believe the changes to be immaterial (first draw actually went down), but wanted to bring to your attention.  This was done after their project manager and accounting team on the construction side went through it one last time.

There are some additions to the deposit agreement.  Albeit, immaterial in my opinion just some added attorney language, but I imagine we need to focus on agreeing to that so we can sign it tomorrow.  Borrower is ready to wire in the $5mm tomorrow as soon as we can finalize.

If we need to put your counsel in touch with Borrower's counsel, I have copied his signature block below:

**Chad Miesen**, Esq.

Direct: 480-427-2860
chad.miesen@carpenterhazlewood.com
Licensed in AZ, TX, UT

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
www.carpenterhazlewood.com
800.743.9324         F: 800.743.0494
Arizona | Colorado | Texas

Please let me know what next steps are and please reach out with any questions.

Best,

Scott Williams

Managing Partner

**Aline Capital, LLC**

204 Westfield Street, Suite 100

USAO_ROGLIERI-00023422

Greenville, SC 29601

P: 864.729.3990

C: 864.423.5396

F: 864.491.5373

swilliams@alinecapital.com

www.alinecapital.com

All real estate brokerage activities of Aline Capital are conducted under ACIRE, LLC.

--
**Kimberly Humphrey**
Prime Commercial Lending
Executive Vice President
 66 South Pearl 10th Floor
 Albany, NY 12207

USAO_ROGLIERI-00023423

# Texts with Scott D

| | |
|---|---|
| **From:** | Scott Williams <swilliams@alinecapital.com> |
| **To:** | Ashton Hall <ahall@alinecapital.com> |
| **Date:** | Thu, 05 Sep 2024 11:27:32 -0400 |



AO386-B
**DEFENDANT'S EXHIBIT**

CASE NO. 1:24-cr-392-MAD

EXHIBIT NO. 51



**11:26** 🔕

**SD**

Scott ›

iMessage
Thu, Dec 21 at 5:09 PM

Scott, sent over the redlined deposit agreement and redlined DLOC. If we can get the deposit agreement signed off in from Prime we can wire the money tomorrow. They added some language and it looked benign to me, but definitely needs a look. I copied and texted Kimberly and just tried to call her but it went straight to VM. Just hoping to get the deposit agreement seen and signed off on asap. Thanks

I ping kimmy again to review

USAO_ROGLIERI-00286601



Mon, Dec 25 at 11:22 AM

Hey Scott  Merry Christmas to you and your family

Merry Christmas to you as well!

Wed, Dec 27 at 3:59 PM

Any luck / guidance on the loan docs?

Thu, Dec 28 at 11:17 AM



+  iMessage  🎤



11:26 🔕                    �ul 🛜 🔋

<  SD  🎥

Scott >

Wed, Dec 27 at 3:59 PM

Any luck / guidance on the loan docs?

Thu, Dec 28 at 11:17 AM

Give me a call when you get a chance please



USAO_ROGLIERI-00286602

On conference call will call back

Please do

Wed, Jan 3 at 4:40 PM

In an important meeting will have to call you back.

No worries I owed you a call from earlier today. I'm just trying to catch up. Thanks.

Wed, Jan 3 at 5:48 PM

Just tried you give me a call if still available.

Mon, Jan 8 at 11:28 AM

Hey Scott, heads up, we filed the motion dismiss this morning.

iMessage

11:26

SD

USAO_ROGLIERI-00286603

Scott >

Mon, Jan 8 at 11:28 AM

Hey Scott, heads up, we filed the motion dismiss this morning. There's gonna be a bunch of really big things happening within the next day. If you haven't seen the motion, read through it and coincidentally enough. The partitioners are moving to dismiss tomorrow's gonna be a big day. Stay tuned.

Hi Scott. That is great.  Our position is still that we need the funds back now and we will pick back up after it settles. There is not a scenario where we want to move forward without first getting our funds back. Happy to discuss via phone if needed.

Kimmy would be the person that you can work with on the return of funds reach out to  via  phone  or email I'll mention the above text

Barber council and I spoke to her Friday and she said she did not know where the funds were. If you

USAO_ROGLIERI-00286604

were saying she is the person to

+  iMessage  🎤



11:26 🔕    ▪️▪️ 📶 🔋

‹    SD    📹

Scott ›

Hi Scott. That is great.  Our position is still that we need the funds back now and we will pick back up after it settles. There is not a scenario where we want to move forward without first getting our funds back. Happy to discuss via phone if needed.

Kimmy would be the person that you can work with on the return of funds reach out to  via  phone  or email I'll mention the above text

Barber council and I spoke to her Friday and she said she did not know where the funds were. If you were saying she is the person to know where the funds are to send

USAO_ROGLIERI-00286605

know where the funds are to send them back and she is saying directly to us that she doesn't know where they are. This is starting to get worrisome.

Borrower's counsel*

Delivered

I didn't realize y'all spoke I wasn't part of the call or heard what was said.



iMessage

Scott Williams
864.423.5396

Sent from my iPhone

USAO_ROGLIERI-00286606

AO386-B

**DEFENDANT'S EXHIBIT**

CASE NO. 1:24-cr-392-MAD

EXHIBIT NO. 55

**Sent:**      Fri, 22 Dec 2023 05:20:43 -0500
**Subject:**   Re: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement
**From:**      Kimmy Humphrey <kimmy@primecommerciallending.com>
**To:**        Chris Snyder <csnyder@primecommerciallending.com>

send both via docusign please.  make sure they have PCL's wire instructions

On Thu, Dec 21, 2023 at 8:33 PM Chris Snyder <csnyder@primecommerciallending.com> wrote:

how did it go today?
the DLOC is decent.  only 3 main changes I saw on the first pass was:
1-changing draw schedule to monthly and no real requirements to get draws other than client requesting
2-left the 30 biz days on termination but also added a clause that they can terminate at any time and they get the funds back in 30 day, (not biz)
3-2nd payment of 20M moved from Jan 31 to Feb 28.

---------- Forwarded message ---------
From: **Scott D** <scott@primecommerciallending.com>
Date: Thu, Dec 21, 2023 at 5:33 PM
Subject: Fwd: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement
To: Kimmy Humphrey <kimmy@primecommerciallending.com>
Cc: Kris Roglieri <kris@primecommerciallending.com>, Chris Snyder <csnyder@primecommerciallending.com>

Please review red lines. Let me know if acceptable as egg guys want to wear 5 million tomorrow.

Sent from my iPhone

Begin forwarded message:

**From:** Scott D <scott@primecommerciallending.com>
**Date:** December 21, 2023 at 4:27:02 PM EST
**To:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Subject: Fwd: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement**

Sent from my iPhone

Begin forwarded message:

USAO_ROGLIERI-00023428

**From:** Scott Williams <swilliams@alinecapital.com>
**Date:** December 21, 2023 at 4:22:42 PM EST
**To:** Kimmy Humphrey <kimmy@primecommerciallending.com>,
    scott@primecommerciallending.com
**Cc:** Sammy Lortz <slortz@alinecapital.com>, JD Lehman <jdlehman@alinecapital.com>
**Subject: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement**

Kimberly and Scott,

Please find attached redline and clean version of both the DLOC and deposit agreement. I have reviewed and believe most of the redlines should be pretty straightforward and acceptable. I wanted to point out two things:

• On the DLOC they changed the interest rate to 7.5% because that is what came across on the deposit agreement. I think Kimberly had used an old deposit agreement that had 7.5%. Our loan commitment has 8%. Not trying to pull a fast one on you all here so please look at that in both documents and confirm what it needs to be.

• They made changes to the draw schedule. The total still adds up and I believe the changes to be immaterial (first draw actually went down), but wanted to bring to your attention. This was done after their project manager and accounting team on the construction side went through it one last time.

There are some additions to the deposit agreement. Albeit, immaterial in my opinion just some added attorney language, but I imagine we need to focus on agreeing to that so we can sign it tomorrow. Borrower is ready to wire in the $5mm tomorrow as soon as we can finalize.

If we need to put your counsel in touch with Borrower's counsel, I have copied his signature block below:

**Chad Miesen**, Esq.

USAO_ROGLIERI-00023429

Direct: 480-427-2860
chad.miesen@carpenterhazlewood.com
Licensed in AZ, TX, UT

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
www.carpenterhazlewood.com
800.743.9324       F: 800.743.0494
Arizona | Colorado | Texas

Please let me know what next steps are and please reach out with any questions.

Best,

Scott Williams

Managing Partner

**Aline Capital, LLC**

204 Westfield Street, Suite 100

Greenville, SC 29601

P: 864.729.3990

C: 864.423.5396

F: 864.491.5373

swilliams@alinecapital.com

www.alinecapital.com

All real estate brokerage activities of Aline Capital are conducted under ACIRE, LLC.

USAO_ROGLIERI-00023430

--
**Kimberly Humphrey**
Prime Commercial Lending
Executive Vice President
 66 South Pearl 10th Floor
 Albany, NY 12207

USAO_ROGLIERI-00023431

**Subject:**   Re: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement
**From:**   Scott D <scott@primecommerciallending.com>
**Sent:**   Fri, 22 Dec 2023 12:12:02 -0500
**Cc:**   Kimmy Humphrey <kimmy@primecommerciallending.com>, Chris Snyder <csnyder@primecommerciallending.com>, Erik Martin <erik@primecommerciallending.com>, Sammy Lortz <slortz@alinecapital.com>, JD Lehman <jdlehman@alinecapital.com>
**To:**   Scott Williams <swilliams@alinecapital.com>

Hey Scott, we are good with the red lines for the email. I sent you earlier today from Kimmy. Please have the DocuSign executed. Thank you.

Sent from my iPhone

> On Dec 22, 2023, at 11:34 AM, Scott Williams <swilliams@alinecapital.com> wrote:

Thanks!  Wire has been sent and deposit agreement has been signed.  Jeff also received the loan docs in docusign.  Does he need to sign those as well, or do you all still need to review the redlines?

Thanks,

Scott Williams
Managing Partner
Aline Capital, LLC
204 Westfield Street, Suite 100
Greenville, SC 29601
P: 864.729.3990
C: 864.423.5396
F: 864.491.5373
swilliams@alinecapital.com
www.alinecapital.com



AO386-B
**DEFENDANT'S EXHIBIT**

CASE NO. 1:24-cr-392-MAD

EXHIBIT NO. 63

All real estate brokerage activities of Aline Capital are conducted under ACIRE, LLC.

**From:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Sent:** Friday, December 22, 2023 7:46 AM
**To:** Scott Williams <swilliams@alinecapital.com>; Chris Snyder <csnyder@primecommerciallending.com>
**Cc:** scott@primecommerciallending.com; Erik Martin <erik@primecommerciallending.com>; Sammy Lortz <slortz@alinecapital.com>; JD Lehman <jdlehman@alinecapital.com>
**Subject:** Re: Wise Egg $103mm Loan - redline DLOC and Deposit Agreement

Scott,

Will you send us confirmation when the wire is sent- I'll have it confirmed on our end.

Congrats!

On Fri, Dec 22, 2023 at 7:26 AM Scott Williams <swilliams@alinecapital.com> wrote:

USAO_ROGLIERI-00023400

Good Morning Everyone,

The Borrower is ready to wire the $5mm as soon as we received a signed deposit agreement. Please let me know if there were any questions about the redlines to the agreement. If we are now targeting next week for the funds, please let me know.

Thanks,

Scott Williams
864.423.5396

Sent from my iPhone

On Dec 21, 2023, at 4:22 PM, Scott Williams <swilliams@alinecapital.com> wrote:

Kimberly and Scott,

Please find attached redline and clean version of both the DLOC and deposit agreement. I have reviewed and believe most of the redlines should be pretty straightforward and acceptable. I wanted to point out two things:

- On the DLOC they changed the interest rate to 7.5% because that is what came across on the deposit agreement. I think Kimberly had used an old deposit agreement that had 7.5%. Our loan commitment has 8%. Not trying to pull a fast one on you all here so please look at that in both documents and confirm what it needs to be.

- They made changes to the draw schedule. The total still adds up and I believe the changes to be immaterial (first draw actually went down), but wanted to bring to your attention. This was done after their project manager and accounting team on the construction side went through it one last time.

There are some additions to the deposit agreement. Albeit, immaterial in my opinion just some added attorney language, but I imagine we need to focus on agreeing to that so we can sign it tomorrow. Borrower is ready to wire in the $5mm tomorrow as soon as we can finalize.

If we need to put your counsel in touch with Borrower's counsel, I have copied his signature block below:

**Chad Miesen**, Esq.

Direct: 480-427-2860

USAO_ROGLIERI-00023401

chad.miesen@carpenterhazlewood.com
Licensed in AZ, TX, UT

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
www.carpenterhazlewood.com
800.743.9324        F: 800.743.0494
Arizona | Colorado | Texas

Please let me know what next steps are and please reach out with any questions.

Best,

Scott Williams
Managing Partner
**Aline Capital, LLC**
204 Westfield Street, Suite 100
Greenville, SC 29601
P: 864.729.3990
C: 864.423.5396
F: 864.491.5373
swilliams@alinecapital.com
www.alinecapital.com

All real estate brokerage activities of Aline Capital are conducted under ACIRE, LLC.

--
**Kimberly Humphrey**
Prime Commercial Lending
Executive Vice President
66 South Pearl 10th Floor
Albany, NY 12207

USAO_ROGLIERI-00023402