# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

March 17, 2026

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

> Re: **United States v. Kris Roglieri**
> Case No. 24-cr-392-MAD

Dear Judge D'Agostino:

Yesterday, I filed Mr. Roglieri's sentencing memorandum, along with a voluminous set of exhibits. ECF Document 100. The memorandum came to 45 pages, well past the Court's typical 10-page limit for such submissions. As such, I humbly seek permission to file the sentencing memorandum on Mr. Roglieri's behalf in excess of the standard page limits.

The case was a highly complex one, and we believe required significant factual and background explication beyond what is recounted in the PSR and plea agreement. That background amounted to most of the submission. In addition, I incorporated several exhibits into the body of the memorandum, which added significantly in number. While I endeavored to be concise and not repetitive, there may be instances where I fell somewhat short. Still, given the stakes for Mr. Roglieri and his family, and the need to weave in discussions of the facts, the Sentencing Guidelines, comparable cases and more, I respectfully ask for permission to file the memorandum that came to 45 pages. As always, I thank the Court for its consideration.

Respectfully submitted,

Jeremy B. Sporn

Cc:   AUSA Joshua Rosenthal (by ECF)