# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

March 27, 2026

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

Re: **United States v. Kris Roglieri**
Case No. 24-cr-392-MAD

Dear Judge D'Agostino:

I submit this letter request on behalf of Kris Roglieri to request permission to file a short letter (no more than two pages) alerting the Court to two recent developments that occurred this week, which we believe bear on sentencing. Both of them have transpired subsequent to my last filing on Monday, March 23. If granted permission, I would propose to file the letter by 5:00 this afternoon.

Thank you for your consideration.

Respectfully submitted,

Jeremy B. Sporn

Cc: AUSA Joshua Rosenthal
Kris Roglieri (by U.S. Mail)