# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

March 30, 2026

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

> Re:    **United States v. Kris Roglieri**
> Case No. 24-cr-392-MAD

Dear Judge D'Agostino:

I submit this letter on behalf of Kris Roglieri to advise the Court of two recent developments since I filed my primary sentencing submission on March 16, and my reply submission on March 23.

First, on March 26, defense counsel and Mr. Roglieri met with counsel for the Chapter 11 Trustee for several hours to discuss key events that I have discussed at length in my submissions. I had hoped to convene this meeting earlier and advise the Court earlier, but our respective schedules did not permit it. In any event, Mr. Roglieri's input was enormously helpful to them and their understanding of what occurred, and will better enable them, we hope, to obtain additional assets for the creditor victims. Mr. Roglieri was also candid about acknowledging his own wrongdoing, even though the purpose of the meeting was primarily to discuss other matters. I am not suggesting that this is the equivalent of, or the type of "substantial assistance" that results in a reduced sentence. But particularly in civil and bankruptcy proceedings that have been contentious at times, Mr. Roglieri was helpful and cooperative, and it is one more indicator as to the seriousness of his efforts at rehabilitation and to redress the wrongs he committed.

Second, Mr. Roglieri signed paperwork on March 25 agreeing to an ACOD disposition in Warren County, for the criminal case referenced in Paragraph 104 of the Amended PSR. The District Attorney's Office had been hesitant to memorialize the agreement and have it take effect prior to Mr. Roglieri's sentencing in this case, and some additional delay was occasioned by a recent substitution of counsel. Thus, while an agreement is in place, one of its conditions reads that: "[f]ollowing the defendant's sentence in Federal Court, the People would agree to a 6 month ACOD of [Mr. Roglieri's] pending Queensbury Penal Law matters." For all intents and purposes, however, that case is or will be resolved with an ACOD disposition promptly following our sentencing. Further, following consultation with defense counsel in Warren County, it does not involve a formal guilty plea or admission of wrongdoing or liability. I have made this paperwork available to the Probation Officer and AUSA, to the extent the PSR should be amended to reflect the disposition.

Thank you for your consideration.

Respectfully submitted,

Jeremy B. Sporn

Cc:    AUSA Joshua Rosenthal
       Kris Roglieri (by U.S. Mail)