# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

April 2, 2026

Hon. Mae A. D'Agostino, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

      **re:    United States v. Kris Roglieri**
           **Case No. 1:24-CR-392 (MAD)**

Dear Judge D'Agostino:

The plea agreement in this case, Dkt#90 at Page 2, does not specify an amount of restitution in this case but indicates that "The amount of restitution shall be ordered in an amount to be determined by the Court or agreed to by the parties." Both the government and Mr. Roglieri, with his attorneys, have been working in good faith to come to an agreement that restores the victims to the financial position they occupied prior to sustaining any loss as a result of Mr. Roglieri's conduct. We have not yet reached an agreement at this time.

Since the precise restitution amounts have not been ascertained at this time, the Court can set a date for the final determination of the victims' losses, not to exceed 90 days after sentencing. *See* 18 U.S.C. 3664(d)(5). We believe there will be an agreement on the restitution amounts within that time. The Court nevertheless retains the power to order restitution even

after the 90 days.  *See Dolan v. United States*, 560 U.S. 605, 611, 130 S. Ct. 2533, 2539, 177 L.

Ed. 2d 108 (2010).

Sincerely,

Matthew E. Trainor
Assistant Federal Public Defender
Bar Roll # 105643
matthew_trainor@fd.org

cc:    AUSA Joshua Rosental – via ECF