

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*     *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

April 14, 2026

**B**Y **ECF**

Hon. Mae A. D'Agostino
U.S. District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

> RE:  **United States v. Kris Roglieri**, No. 1:24-CR-392 (MAD)

Dear Judge D'Agostino:

Pursuant to Local Criminal Rule 49.2(b), I write to respectfully request that the Court allow the government to submit under seal a victim-related document in support of its forthcoming letter-brief on V-9's restitution.  Specifically, the government expects to submit a spreadsheet provided by V-9 documenting its loses resulting from the defendant's conduct.  This request is necessary because the victim is an innocent third party with no connection to this proceeding except for the fact that the defendant defrauded it. "[T]he privacy interests of innocent third parties should weigh heavily in a court's balancing equation" of the public's right to access of judicial documents against the need for secrecy. *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (internal quotations omitted); *see also Lugosch v. Pyramid Co. of Onondaga Cnty.*, 435 F.3d 110, 119-27 (2d Cir. 2006).   A proposed order is below.

I thank the Court for its attention to this matter.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:  _____
Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 700730

cc:     Counsel of record (by ECF)

Page 2

## **<u>ORDER</u>**

The government has moved to file under a document provided by a third-party victim documenting that victim's claimed losses resulting from the defendant's conduct. The Court finds that this is appropriate under *Lugosch v. Pyramid Co. of Onondaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006); *United States v. Amodeo*, 71 F.3d 1044, 1050-52 (2d Cir. 1995); and *In re Newsday, Inc.*, 895 F.2d 74, 79-80 (2d Cir. 1990).  Accordingly, the aforementioned document shall be filed under seal.

IT IS SO ORDERED.


_____
Hon. Mae A. D'Agostino
U.S. District Judge

Entered:  April __, 2026